UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
AIRTOURIST HOLDINGS, LLC, JASON : **ORDER REGULATING**
CHEN and EDGAR PARK, : **PROCEEDINGS**
:
                            Petitioners, : 22 Civ. 848 (AKH)
  -against- :
:
:
HSBC BANK USA, N.A.,, :
:
                            Respondent. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On February 3, 2022 I issued directing Respondent to show cause why an Order should not be issued to immediately turn over to Petitioners all non-exempt funds in any account in the name of Shi Lei aka Lei Shi ("Lei"), currently located at, being held by, or coming into Respondent HSBC's possession.  As of today, February 14, 20022, neither Respondent nor any other interested party has entered any appearance or filed any opposition.

       Accordingly, Petitioner's request for issuance of a turnover order is granted.  The hearing scheduled for February 14, 2022 at 3:00 p.m. is canceled.  Petitioners shall submit a proposed order for my review.

       SO ORDERED.

Dated:    February 14, 2022                        /s/ Alvin K. Hellerstein
             New York, New York               ALVIN K. HELLERSTEIN
                                                                    United States District Judge