UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
AIRTOURIST HOLDINGS, LLC, JASON :  **ORDER CLOSING CASE**
CHEN and EDGAR PARK, :
: 22 Civ. 848 (AKH)
                  Petitioners, :
  -against- :
:
:
HSBC BANK USA, N.A.,, :
:
                  Respondent. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Petitioners instituted this turnover action on January 31, 2022 through a petition seeking funds held in Shi Lei's ("Lei") accounts at Respondent HSBC. On February 3, 2022, I issued an order to show cause why an order should not be issued directing the turnover of all of Lei's non-exempt funds held in any account with Respondent. As of February 14, 2022 neither Lei nor HSBC had responded and I granted Petitioners' request. On February 15, 2022 I issued an order directing the Respondent to turn over all non-exempt funds in its possession, custody or control related to Lei. *See* ECF No. 15.

      All issues have been decided and there is no longer a case or controversy before me. Accordingly, the case is dismissed, and the Clerk shall mark the case closed.

      SO ORDERED.

Dated:    June 3, 2022                          /s/ Alvin K. Hellerstein
          New York, New York               ALVIN K. HELLERSTEIN
                                                 United States District Judge